347 A.2d 674
COMMONWEALTH of Pennsylvania, Appellant,

v.

EQUITABLE GAS COMPANY, Appellee.

Supreme Court of Pennsylvania.

Nov. 26, 1975.

## ORDER

PER CURIAM.

Order affirmed, *Commonwealth v. Equitable Gas Company*, 415 Pa. 113, 202 A.2d 11 (1964).

JONES, C. J., took no part in the consideration or decision of this case.